IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTEN DIVISION

| | |
|---|---|
| KEI & CHRIS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 24-cv-12680<br><br>**MOTION TO SEAL** |

**PLAINTIFF'S MOTION TO FILE SEAL**

Pursuant to Local Civil Rule 5 and 26.2, Plaintiff, by counsel, hereby moves for leave to file a redacted version of the following documents and/or temporarily file the following documents under seal: (1) the redacted portions in the Memorandum in support of *Ex Parte* Motion for Entry of a Temporary Restraining Order; (2) the redacted portions in Declaration of Chun Kei Tang; and (3) the Exhibits of the Declaration of Chun Kei Tang.

Plaintiff relies on its Memorandum in Support of Motion to Seal filed on December 19, 2024 [Dkt No. 5] to support this motion.

DATED: December 24, 2024

> Respectfully submitted
> By: /s/ Huicheng Zhou
> Huicheng Zhou, Esq.
> One Park Plaza, #600
> Irvine, CA 92614
> Huicheng.zhou@aliothlaw.com
> *Attorneys for Plaintiff*