# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DEVISION

| | |
|---|---|
| KEI & CHRIS LLC,<br><br>    Plaintiff,<br> v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants, | Case No. 24-cv-12680<br><br>Judge: Honorable Jorge L. Alonso<br><br>Magistrate Judge: Honorable Jeannice W. Appenteng |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, January 7, 2024, at 9:30 a.m. (CST) or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jorge L. Alonso through telephone and shall present the following motion: Motion to Seal (D.E #4); Motion for Entry of a Temporary Restraining Order (D.E #7); and the other Motion to Seal (D.E. #9)

Respectfully submitted this 24th day of December 2024.

             By: /s/ Huicheng Zhou
             One Park Plaza, #600
             Irvine, CA 92614
             Huicheng.zhou@aliothlaw.com
             *Attorney for KEI & CHRIS LLC*