**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEI & CHRIS LLC, | Case No. 1:24-cv-12680 |
| Plaintiff, | **Judge Jorge L. Alonso** |
| v. | **Magistrate Judge Jeannice W. Appenteng** |
| THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**DECLARATION OF HUICHENG ZHOU, ESQ.**

I, Huicheng Zhou, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of Illinois. I am an attorney for Plaintiff KEI & CHRIS LLC. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called a witness, I could and would competently testify as follows:

2. As of 20 January 2025, the third parties have not completed effectuating the Temporary Restraining Order. Plaintiff plans to freeze financial accounts identified by the third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of January 2025.

/s/ Huicheng Zhou

Huicheng Zhou

*Counsel for Plaintiff Kei & Chris, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to related parties and all CM/ECF participants.

Date: January 20, 2025

Respectfully submitted
By: /s/ *Huicheng Zhou*
One Park Plaza, #600
Irvine, CA 92614
Huicheng.zhou@aliothlaw.com
Tel: (909)284-1929
*Attorney for Plaintiff Kei & Chris LLC*