**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KEI & CHRIS LLC, | Case No. 1:24-cv-12680 |
| Plaintiff, | **Judge Jorge L. Alonso** |
| v. | **Magistrate Judge Jeannice W. Appenteng** |
| THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**DECLARATION OF HUICHENG ZHOU, ESQ.**

I, Huicheng Zhou, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of Illinois. I am an attorney for Plaintiff KEI & CHRIS LLC. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called a witness, I could and would competently testify as follows:

2. As of February 2nd, 2025, most of the third parties have completed effectuating the TRO, with only one exception. Walmart is still generating data and Plaintiff is still waiting for these necessary information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January 2025.

/s/ Huicheng Zhou

Huicheng Zhou

*Counsel for Plaintiff Kei & Chris, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 2nd, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to related parties and all CM/ECF participants.

Date: February 2nd, 2025

Respectfully submitted
By: /s/ *Huicheng Zhou*
One Park Plaza, #600
Irvine, CA 92614
Huicheng.zhou@aliothlaw.com
Tel: (909)284-1929
*Attorney for Plaintiff Kei & Chris LLC*