# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

KEI & CHRIS LLC

CASE NUMBER: 24-cv-12680

V.

ASSIGNED JUDGE: Jorge L Alonso

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

DESIGNATED MAGISTRATE JUDGE: Jeannice W. Appenteng

TO: (Name and address of Defendant)

The Partnerships and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Huicheng Zhou
One Park Plaza, #600
Irvine, CA 92614

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Mi. Neal_



February 5, 2025

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 14, 2025 |
| NAME OF SERVER *(PRINT)* Huicheng Zhou | TITLE Attorney of Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Electronically publishing a link to the Complaint, Summons and other relevant documents on a website, then I or somebody under my direction sent an email with a link to the website to the email addresses for Defendants identified in Exhibit A attached hereto.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 14, 2025           *Huicheng Zhou*
             Date                         Signature of Server

                                          One Park Plaza, #600, Irvine, CA 92614
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.