UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEI & CHRIS LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | Case No. 24-cv-12680<br><br>Judge: Jorge L. Alonso |

**DECLARATION OF SERVICE**

　　I, Huicheng Zhou, in the State of California, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California, and the United States District Court for the Northern District of Illinois. I'm the attorney for Plaintiff KEI & CHRIS LLC. ("Plaintiff"). Except otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if I called as a witness, I could and would competently testify as follows:

2. On January 7, 2025, this Court entered a Temporary Restraining Order [14] authorizing Plaintiffs to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, Summons and other relevant document on a website by sending an email with a link to said website to an email address for each Defendant.

3. I hereby certify that before February 12, 2025, I, or someone working under my direction, electronically published the Complaint [1], the Temporary Restraining Order [14], and the Summons on Google Drive.

4. I hereby certify that on February 12, 2025, I or someone working under my direction finished sending an email that includes the Google Drive link to all the email addresses for Defendants or their attorneys.

5. The Completed Return of Service is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 14, 2025.

Respectfully submitted

By: /s/ Huicheng Zhou
Huicheng Zhou, Esq
One Park Plaza, #600
Irvine, CA 92614
Huicheng.zhou@aliothlaw.com
*Attorney for Plaintiffs Kei & Chris LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on Feb 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to related parties and all CM/ECF participants.

Date: February 14, 2025

                                                          Respectfully submitted

                                                          By: /s/ Huicheng Zhou
                                                          Huicheng Zhou, Esq
                                                          One Park Plaza, #600
                                                          Irvine, CA 92614
                                                          Huicheng.zhou@aliothlaw.com
                                                          *Attorney for Plaintiffs Kei & Chris LLC*