IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEI & CHRIS LLC,<br><br>               Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>               Defendants. | Case No. 24-cv-12680<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Jeannice W. Appenteng |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff KEI & CHRIS LLC's ("Plaintiff") Motion for Entry of a Preliminary Injuncction against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (the "Seller Aliases"). After reviewing the Motion and the accompanying evidence, this Court hereby GRANTS Plaintiff's Motions in their entirety as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered January 7, 2025 [DOC NO. 14] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up

---

[1] The e-commerce store urls are listed on Schedule A hereto.

1

and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and/or funds from U.S. bank accounts, and have sold products bearing unauthorized copies of the Plaintiff's Copyrighted Work (U.S. Copyright Registration No. VA 2-408-545 and VA 2-408-186) to residents of Illinois.

This Court also finds that the evidence submitted in support of this Motion and in support of Plaintiff's previously granted *Ex Parte* Motion for Entry of a TRO establishes that Plaintiff has demonstrated likelihood of success on the merits and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Defendants' continued and unauthorized use of the Plaintiff's Copirights irreparably harms Plaintiff through loss of future sales, diminished market share, and long-term brand devaluation. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public misunderstanding created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

    a. reproducing, distributing copies of, making derivative works of, or publicly displaying Plaintiff's Copyrighted Work in any manner without the express authorization of Plaintiff;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Kei & Chris product or any other product produced by Plaintiff, that is not Plaintiff's

      or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Copyrighted Work;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d. further infringing Plaintiff's Copyrighted Work and damaging Plaintiff's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear Plaintiff's Copyrighted Work.

2. Upon Plaintiff's request, any Third-Party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), Amazon.com, Inc. ("Amazon"), Walmart, Inc. ("Walmart"), WhaleCo Inc. ("Temu") (collectively, the "Third-Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial

        accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, Walmart, Etsy, DHgate, Temu, TikTok or other merchant account providers, payment providers, Third-Party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Plaintiff's request, those with notice of the injunction, including the Third-Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using which bear the Plaintiff's Copyrighted Work.

4. Any Third-Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, Temu, TikTok, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants and the Seller Aliases and Online Marketplaces., including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to

        the Declaration of Sayer Murphy, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Plaintiff is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

    a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

    b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces.

Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

6. Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronic means for each Defendant. The combination of providing notice via electronic means, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise

       Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. The bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

_____

Jorge L. Alonso

United States District Judge

# Schedule A

| No. | Defendant Name / Alias | Email Address |
|-----|------------------------|---------------|
| 1 | Aceliky | fuxiaodianziuk@outlook.com |
| 2 | ADFUNIT | dobromil@yeah.net |
| 3 | Allblue Trading | allblue_us@163.com |
| 4 | Alohoyoma | 328722986@qq.com |
| 5 | Arleland | lxxqianmo@outlook.com |
| 6 | BANGRENSH | yao18039290068@163.com |
| 7 | beibeijiajia | jiabeimaoyius@outlook.com |
| 8 | Buyiteme | buyiteme@outlook.com |
| 9 | ChongShengShuiChan Store | raoningmin1987@163.com |
| 10 | DCQRY | zhiliangus@outlook.com |
| 11 | DUDUDU&X | baifacangcang6@yeah.net |
| 12 | DULRLLY | shijieus@outlook.com |
| 13 | elesimple | huilaius@outlook.com |
| 14 | FOLOU | ciggweiksf@outlook.com |
| 15 | FQQWEE | youwangus@outlook.com |
| 16 | FUELEGO( Prime Lighting Of Deals) | xingfude168@126.com |
| 17 | HOINCOXI | xunjiuus@outlook.com |
| 18 | HSSW | liuweiweii@outlook.com |
| 19 | Jack Hong | gaohong814@sina.com |
| 20 | Jagche8 | jagche885@163.com |
| 21 | jianghedeshui | fantejiaus@outlook.com |
| 22 | JINANHUIHEDIANZISHANGWUYOUXIANGONGSI | chiaolong321@163.com |
| 23 | Jingmingya-US | gh1233214@163.com |
| 24 | JYSwoshoe 7-15Days Arrive | zhangkefushi@outlook.com |

| 25 | KOqwez33 | oikoqoakd@sina.com |
|---|---|---|
| 26 | LeiMiaoxing | sproutseedd@163.com |
| 27 | lijiaoshangmao | tangli5194@163.com |
| 28 | lishiyisheng | lishiyisheng01@163.com |
| 29 | LIYJTK Direct | 13129963865@163.com |
| 30 | LuckyJune | gongruixi2021@163.com |
| 31 | Maodoudou | pol666888@163.com |
| 32 | nicedaily | tianpingangel@163.com |
| 33 | ningmenghua | qimengus@outlook.com |
| 34 | Nxazony | avgd329ovofi6@163.com |
| 35 | Onetwice | xuchendianziuk@outlook.com |
| 36 | PRTECY | chuitoujingus@outlook.com |
| 37 | QualiltyVirtue | qualityvirtue@outlook.com |
| 38 | ranqichen | lvkmos547737@outlook.com |
| 39 | Ronelueo | ronelueo@outlook.com |
| 40 | RUILEBaiHuoEnShiShiYouXianGongSi | lulu66ruileee@126.com |
| 41 | Season Tour | aofang778290@163.com |
| 42 | shan shui | 15234015262@163.com |
| 43 | Sinifer | 17818322042@163.com |
| 44 | Snowdreamer | xuemeng289@163.com |
| 45 | songshuguozi | mingjixinus@outlook.com |
| 46 | THJKT-STORE | mingliyou188@163.com |
| 47 | thomilliom | wapkeiol@163.com |
| 48 | Tiljvks-Cyber Monday Sale Clearance 2024 | xlongxiagood@sina.com |
| 49 | TSYFM Store | streett555@163.com |
| 50 | weisuper | lalabook2@163.com |
| 51 | WYINGZHEN | wang516602327@163.com |

| | | |
|---|---|---|
| 52 | XXTK Mhj | mhjxxtk006@outlook.com |
| 53 | yingzizi | youyingus@outlook.com |
| 54 | YJYdada | gytradd@sina.com |
| 55 | YUNANNN | chenyunan091023@163.com |
| 56 | YUUAND | zhangsin00145@21cn.com |
| 57 | Zhengzhou Aihe Shuo trading Co., LTD | tslzznq@outlook.com |
| 58 | zhongxiaoyingdffgy | zhongxiaoyingxrdf@outlook.com |
| 59 | ⭐❤⭐Swrowesi⭐❤⭐2024 PRIME DAY —75% OFF | dailangshi@sina.com |
| 60 | 部坊商贸 | pingzhi1052@163.com |
| 61 | 晋中市榆次区顺鑫美乐日用百货店 | 2389914010@qq.com |
| 62 | 太原市小店区丛漫日用百货 | xuerui990310@163.com |
| 63 | 郑州宁葵商贸 | ningkuishangmaozz@163.com |
| 64 | 33uoii | shuibianbu@sina.com |
| 65 | ADE Lighting | gygyed885541@outlook.com |
| 66 | Aippl | angeje@163.com |
| 67 | Alvkcefs | bucondeon@126.com |
| 68 | AoDingDe Co.Ltd | blake411714@outlook.com |
| 69 | Autumn garden Co.ltd | binxueron@126.com |
| 70 | Baicongyu Co., LTD | ghsngkajgxm@tom.com |
| 71 | Barhoo | fsdkfhgdk@163.com |
| 72 | befightstore | kelcmedei@yeah.net |
| 73 | Boyong | ydtashr36woq@163.com |
| 74 | Cibee | seetyfall@163.com |

| 75 | CICRKHB | buing_00@126.com |
|---|---|---|
| 76 | COMIOR Co.Ltd | kuaileyibeizio@yeah.net |
| 77 | daxiba | eeddds11aq@163.com |
| 78 | Dianopex | bo420953919@163.com |
| 79 | DIY Product Warehouse | keyixingsheng@163.com |
| 80 | Dosaele Co., Ltd | wa1845tingh@126.com |
| 81 | DssFDGR | foshanhuixinyin@163.com |
| 82 | Dusknt store | qeubda@126.com |
| 83 | EIGTHTAIL | cjqszfs@163.com |
| 84 | EV&VA | ok845614@126.com |
| 85 | Favorite Garden | minziop@outlook.com |
| 86 | fengyuewenhua | tihfhd@126.com |
| 87 | FNGZ | wiphhnj@126.com |
| 88 | foshanshijiaoshanjianshangmao | yane_7788la@163.com |
| 89 | foshanwuyingjiaosiweiyouxia | nicessiseo@163.com |
| 90 | FShU Shop | selina@vivzone.com |
| 91 | Fuheng Electronics Co., LTD | vviuo7@163.com |
| 92 | FUZHEN KAI | peng_fei520@yeah.net |
| 93 | GARENAS | xiaomeili5@126.com |
| 94 | GBAYXJ HOME | caoguojun2023@126.com |
| 95 | GLNaiStore LLC | zhengzhiwang8@126.com |
| 96 | Guangzhouqihengzumaoyiyouxiangongsi | jiujiu520334@outlook.com |
| 97 | guangzhouruixinyikejiyouxiangongsi | xieliangsi666@126.com |
| 98 | guangzhouzhichangyumaoyiyouxiangongsi | yachujiadianli@126.com |
| 99 | hangsiLAI | bjprrwmt@hotmail.com |
| 100 | hangzhouyiluxiangbeishangmao | yangyuming8@126.com |

| 101 | Hilingoto | fangxinbone129@outlook.com |
|---|---|---|
| 102 | HLKJKLS | bjyanhengwmt@hotmail.com |
| 103 | Home decorstore | liaoyueqq@yeah.net |
| 104 | hongshengdazhinengkeji | ttrskjd@163.com |
| 105 | hongzhidengshi | omm444682@163.com |
| 106 | Huangjiacheng | guqeny24@163.com |
| 107 | Huarll | keshddianzi19@163.com |
| 108 | Hydanny | huameiff@outlook.com |
| 109 | IKDXUF | gui34848331@163.com |
| 110 | indepenlibr | lizengguang81@126.com |
| 111 | iOPQO | jiangbin5q@126.com |
| 112 | JENIKRCloth | baicong793@outlook.com |
| 113 | KEINXS Co., Ltd | qumeiwan@163.com |
| 114 | KTFETY | haljen@163.com |
| 115 | kunmingleiming | lzymxyx@163.com |
| 116 | Ledander Co.ltd | xuanzsihang@163.com |
| 117 | Life enthusiasts | minggoods888@163.com |
| 118 | Lifetechs | liaozhimei834@126.com |
| 119 | LIQUAN Co.Ltd | chuangshe629@163.com |
| 120 | liushoutaoshoubao | lihsfm@163.com |
| 121 | LOJKER | restrakep@163.com |
| 122 | LOSTYE | coverdrap@126.com |
| 123 | Minggoods Supply | lusangbs97775@163.com |
| 124 | MINGS | dgswuxuangs@163.com |
| 125 | NAYUEO STORE | o699plhm@yeah.net |
| 126 | NIUGUANDE Co.Ltd | mahongxiang193@163.com |
| 127 | Nksudet | bxdzss@163.com |
| 128 | Oneshrt sales promotion | hjcasg@163.com |
| 129 | ourongyai | zouxuanwt@163.com |

| 130 | PEDTY HOME DÉCOR | zhangjiaxin342@126.com |
|---|---|---|
| 131 | phospheye | whyr101@163.com |
| 132 | Piklothy | tanfuyong984@126.com |
| 133 | Plertrvy | shixun8742@126.com |
| 134 | Puhuiying | huangshuai734@126.com |
| 135 | QIEhedxw | wurcsxs@163.com |
| 136 | QYXinue | dwelajam3t@outlook.com |
| 137 | RFQWOVSR Clothing | nuegds@126.com |
| 138 | ruchs | sueflueluа@outlook.com |
| 139 | Selected high-quality products | rotmanjaxen499@hotmail.com |
| 140 | shenzhenshidingyichengkeji | gwwwwyou@126.com |
| 141 | Shiogb | jjdsgv@163.com |
| 142 | SNOWKITTEN | vuhhsd@126.com |
| 143 | Sunhillsgrace.Co. Ltd | chyuheming@163.com |
| 144 | SXZUS Official | yswvbi@126.com |
| 145 | Tanuke store | cjgyuy@126.com |
| 146 | TIANDIZHENGQI | xinzhoufeng422@163.com |
| 147 | Tongde Co.ltd | pengweitao234@126.com |
| 148 | travelwant | ngvfki@126.com |
| 149 | Tswift | yuxianasenll@outlook.com |
| 150 | TUAnn | rimdnrkm@163.com |
| 151 | TYHanue | hyeycgsa@163.com |
| 152 | WANYNG INC | nanyuemao79ye@outlook.com |
| 153 | Wbecky | chenjo953@163.com |
| 154 | WULANLA | rulewangluokeji@163.com |
| 155 | WUXUANFU | bdg0urjcsg6@outlook.com |
| 156 | wz-ei Co.Ltd | suojiao84713@126.com |
| 157 | Xan Home Essen | hedannisuanwen@163.com |
| 158 | xiqikeji | 1835153994@qq.com |

| | | |
|---|---|---|
| 159 | Xoyicua | baweishangmaowmt@126.com |
| 160 | YaChu | wfjiafenghu2024@outlook.com |
| 161 | YaoFengYing12 | liming1890@126.com |
| 162 | YFVVCZC | yezhencai8934@126.com |
| 163 | YHETTY | rongoushanxukang@outlook.com |
| 164 | Ynagje | jruysytw@126.com |
| 165 | Ynlkorvg | kunmingleiming@outlook.com |
| 166 | Yoland | egt7xy2bu5l7v0@outlook.com |
| 167 | Yong shop | m1x51364ruyf@outlook.com |
| 168 | Yooshoverk Nice Essentials | weitao92226@163.com |
| 169 | YOUlIAN Co.Ltd | yfjsu8bd2@163.com |
| 170 | Y's Home Store | ooosi0@163.com |
| 171 | YUANCHENG Shop | zhibinfushiyoux@163.com |
| 172 | yuno Co. ltd | skbbyg24@163.com |
| 173 | yushangoua | bgckmy89@163.com |
| 174 | ZCWAshop | zhangyongyong806@163.com |
| 175 | zhengyizhi | sitangshaohoh33@163.com |
| 176 | ZXRJKJ | qmyk16@163.com |
| 177 | Zynic | ling_i118174073060@163.com |
| 178 | ZZkhGo Ltd | b_i555284177473306@163.com |
| 179 | brolawn | linsong011ebay@163.com |
| 180 | cdrienniedefo | cdrienniedefontwtg@yeah.net |
| 181 | cheers2016 | liujunxiang2016@outlook.com |
| 182 | corepartsretail | linsong032ebay@163.com |
| 183 | digital-mart8 | digital.mart668@gmail.com |
| 184 | electronicscase | tronicscase@outlook.com |
| 185 | field_3even | jianjunsu71@outlook.com |
| 186 | flygoodly | brightatsky@hotmail.com |
| 187 | ibelieve2019 | ibelieve@yihosin.com |

| 188 | intosweet_9 | sweetgros1@outlook.com |
|---|---|---|
| 189 | jah_mayst | jahyup1@163.com |
| 190 | jingdizhiwa | jingdizhiwa2022@163.com |
| 191 | jinla-43 | jinlan13579@163.com |
| 192 | johnsonstore2020 | linsong010ebay@163.com |
| 193 | kevianwnem | kevianwnemoygyvi@hotmail.com |
| 194 | sterking | zibendsaomiaofen@outlook.com |
| 195 | lawnpartspro | u7fevsd@163.com |
| 196 | lousheil | linsong004ebay@163.com |
| 197 | maypasaw | lousheilbtyc@yeah.net |
| 198 | miraclesale888 | maypasawmtcp@hotmail.com |
| 199 | normbnos | zhangyingsale@163.com |
| 200 | olgbmb | normbnoscbrrvt@yeah.net |
| 201 | orgseks | olgbmbrlonfc@yeah.net |
| 202 | procarbstore | orgseks@outlook.com |
| 203 | saw_2593 | riyongp25@outlook.com |
| 204 | shengenmk2022 | saweb14@outlook.com |
| 205 | shizhenh-71 | shengenmk@hotmail.com |
| 206 | soaldta | shizhenhuaweng634@outlook.com |
| 207 | tonsee_store | tangjie09@gmail.com |
| 208 | vs2019 | 2239515063@qq.com |
| 209 | zengyun_26 | zengyunjie88721@outlook.com |
| 210 | zhenzhunaicha | zhenzhunaicha2025@163.com |
| 211 | ztau | zt2022_au@126.com |
| 212 | Anteen | rickey-zheng@foxmail.com |
| 213 | Canman House | dnssee@aliyun.com |
| 214 | CLOCK | 1099197085@qq.com |
| 215 | EOX XG | 1507498301@139.com |
| 216 | Feel Home Lighting Lamps | 1347477655@qq.com |

| 217 | Fomzze Smarthome | support@liuyanglamps.com |
|---|---|---|
| 218 | GAN XIN | ganxinzixun@163.com |
| 219 | Ganxin Light | liyutech101@163.com |
| 220 | Ganxin Sports outdoor | ganxinzixun@163.com |
| 221 | HCH local | 116331916@qq.com |
| 222 | iF YOU Underwear | 15658911765@163.com |
| 223 | Jahy | 3203264904@qq.com |
| 224 | JahyTech | 3203264904@qq.com |
| 225 | JINGZAI | 3292338022@qq.com |
| 226 | LEKP | gxty0508@163.com |
| 227 | LMLB Lamp shop | 957478235@qq.com |
| 228 | Longxiang Daily | 1272828806@qq.com |
| 229 | OMSSHOP | onemayship@hotmail.com |
| 230 | PPrestigeMart | 1272828806@qq.com |
| 231 | Serwa | 1836059286@qq.com |
| 232 | SGGS | gxty0508@163.com |
| 233 | the biblical Song of Solomon | z1016785506@163.com |
| 234 | xingxing Happy Home | shashazhu686@gmail.com |
| 235 | YZ Light | ganxinzixun@163.com |