IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KEI & CHRIS LLC,

        Plaintiff,

v.

The Partnerships And Unincorporated Associations Identified On Schedule A

        Defendant

Case No.24-cv-12680

Judge Jorge L. Alonso

## Motion to Dismiss Plaintiff's Complaint

The Store Huarll by and through its owner Junqiang Cao (hereinafter "Defendant"), respectfully requests the Court to Dismiss Plaintiff's Complaint based on Plaintiff's failure to establish personal jurisdiction of the court over the defendant. Specifically,

## Plaintiff failed to establish personal jurisdiction

Plaintiff only provided screenshots showing accused product could be sold to Illinois, but Defendant's records show that 0 accused product was sold to United States or Illinois. Specifically, according to plaintiff's evidence (Figure 1), it appears the Item Name is <u>Huarll Led Light Bohemian Light Lamp Wooden Floor Colorful Led Light</u>, and the Item ID is <u>5172716155</u>. Defendant retrieved the Item Name and Item ID of the accused product and found that 0 accused product had been sold in its history (Figure 2).

1



*(Figure 1)*



*(Figure 2)*

2

The Illinois Courts repeatedly said that "the maintenance of an interactive website, without more, is not enough to confer personal jurisdiction over foreign defendants with no other connection to the forum state. Such as, see Rubik's Brand, Ltd. v. P'ships & Unincorporated Ass'n Identified on Schedule A, No. 20-cv-5338, 2021 U.S. Dist. LEXIS 40755, at *1 (N.D. Ill. Mar. 4, 2021). Citing the Rubik case, the other Illinois Court reasoned that because a defendant never shipped any infringing product to the forum, and that it was not enough that some "Illinoisan might someday find [the defendant's] website and decide to purchase a counterfeit [] product," personal jurisdiction did not exist. MSM Design & Eng'g LLC v. P'ships & Unincorporated Ass'n Identified in Schedule "A", No. 20-cv-00121, 2021 U.S. Dist. LEXIS 140732, at *7-8 (N.D. Ill. July 28, 2021); See also EMOJI COMPANY GmbH, v. THE INDIVIDUALS et al (21 CV 1603, Dkt 151, Jan 11, 2023）.

In addition, Defendant is not based in Illinois. Defendant has no regular and established place of business in Illinois. Defendant does not maintain any offices, employees, or telephone listings in Illinois. Defendant has no manufacturing facility or distribution facility in Illinois. Defendant does not have any employees who visit Illinois for business purposes. Defendant's actions did not cause any harm to the residents of Illinois.

**Therefore**, based on above, Defendant respectfully requests the Court to:

1. Dismiss plaintiff's complaint.

2. Grant defendant's other relief the court deems proper and fair.

Date: February 24, 2025                                         Respectfully submitted

/S/Junqiang Cao

Email:illusiyon90@163.com

Address: Room 214, No. 89 Yanling Road, Tianhe District, Guangzhou

Phone:131-2004-3567