IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEI & CHRIS LLC,<br><br>    Plaintiff,<br>v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 24-cv-12680<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeannice W. Appenteng** |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Plaintiff KEI & CHRIS LLC ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby moves for entry of a default judgment as to all Defendants as set forth on Exhibit 1 and files the memorandum of law in support.

Date: March 27, 2025.

Respectfully submitted<br>
By: /s/ *Huicheng Zhou*<br>
One Park Plaza, #600<br>
Irvine, CA 92614<br>
Huicheng.zhou@aliothlaw.com<br>
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to related parties and all CM/ECF participants.

Date: March 27, 2025

                   Respectfully submitted
                   By: /s/ Huicheng Zhou
                   One Park Plaza, #600
                   Irvine, CA 92614
                   Huicheng.zhou@aliothlaw.com
                   Telephone: (949) 342-8013
                   *Attorney for plaintiff*