# Exhibit 1 – List of Defaulting Defendants

| Number | Defendant | Email Address |
|---|---|---|
| 1 | Aceliky | fuxiaodianziuk@outlook.com |
| 2 | ADFUNIT | dobromil@yeah.net |
| 7 | BANGRENSH | yao18039290068@163.com |
| 10 | Buyiteme | buyiteme@outlook.com |
| 11 | ChongShengShuiChan Store | raoningmin1987@163.com |
| 13 | DCQRY | zhiliangus@outlook.com |
| 14 | DUDUDU&X | baifacangcang6@yeah.net |
| 15 | DULRLLY | shijieus@outlook.com |
| 18 | FQQWEE | youwangus@outlook.com |
| 22 | HOINCOXI | xunjiuus@outlook.com |
| 23 | HSSW | liuweiweii@outlook.com |
| 26 | Jack Hong | gaohong814@sina.com |
| 30 | jianghedeshui | fantejiaus@outlook.com |
| 31 | JINANHUIHEDIANZISHANGWUYOUXIANGONGSI | chiaolong321@163.com |
| 38 | lijiaoshangmao | tangli5194@163.com |
| 39 | lishiyisheng | lishiyisheng01@163.com |
| 41 | LuckyJune | gongruixi2021@163.com |
| 44 | Maodoudou | pol666888@163.com |
| 46 | ningmenghua | qimengus@outlook.com |
| 47 | Nxazony | avgd329ovofi6@163.com |
| 51 | PRTECY | chuitoujingus@outlook.com |
| 55 | ranqichen | lvkmos547737@outlook.com |
| 57 | RUILEBaiHuoEnShiShiYouXianGongSi | lulu66ruileee@126.com |
| 63 | Sinifer | 17818322042@163.com |
| 65 | songshuguozi | mingjixinus@outlook.com |
| 67 | THJKT-STORE | mingliyou188@163.com |
| 69 | Tiljvks-Cyber Monday Sale Clearance 2024 | xlongxiagood@sina.com |
| 72 | weisuper | lalabook2@163.com |
| 73 | WYINGZHEN | wang516602327@163.com |
| 78 | yingzizi | youyingus@outlook.com |
| 81 | YUNANNN | chenyunan091023@163.com |
| 83 | Zhengzhou Aihe Shuo trading Co., LTD | tslzznq@outlook.com |
| 85 | ⭐🖤⭐ Swrowesi ⭐🖤⭐ 2024 PRIME DAY —75% OFF | dailangshi@sina.com |
| 86 | 部坊商贸 | pingzhi1052@163.com |
| 87 | 晋中市榆次区顺鑫美乐日用百货店 | 2389914010@qq.com |
| 88 | 太原市小店区丛漫日用百货 | xuerui990310@163.com |
| 89 | 郑州宁葵商贸 | ningkuishangmaozz@163.com |
| 91 | ADE Lighting | gygyed885541@outlook.com |

| 92 | Aippl | angeje@163.com |
|---|---|---|
| 100 | Boyong | ydtashr36woq@163.com |
| 101 | Cibee | seetyfall@163.com |
| 105 | Dianopex | bo420953919@163.com |
| 106 | DIY Product Warehouse | keyixingsheng@163.com |
| 107 | Dosaele Co., Ltd | wa1845tingh@126.com |
| 108 | DssFDGR | foshanhuixinyin@163.com |
| 110 | EIGTHTAIL | cjqszfs@163.com |
| 111 | EV&VA | ok845614@126.com |
| 112 | Favorite Garden | minziop@outlook.com |
| 113 | fengyuewenhua | tihfhd@126.com |
| 114 | fixedach | wang199beiqi@yeah.net |
| 116 | foshanshijiaoshanjianshangmao | yane_7788la@163.com |
| 123 | GLNaiStore LLC | zhengzhiwang8@126.com |
| 124 | Guangzhouqihengzumaoyiyouxiangongsi | jiujiu520334@outlook.com |
| 125 | guangzhouruixinyikejiyouxiangongsi | xieliangsi666@126.com |
| 126 | guangzhouzhichangyumaoyiyouxiangongsi | yachujiadianli@126.com |
| 128 | hangzhouyiluxiangbeishangmao | yangyuming8@126.com |
| 132 | hongshengdazhinengkeji | ttrskjd@163.com |
| 133 | hongzhidengshi | omm444682@163.com |
| 134 | Huangjiacheng | guqeny24@163.com |
| 137 | IKDXUF | gui34848331@163.com |
| 138 | indepenlibr | lizengguang81@126.com |
| 141 | KEINXS Co., Ltd | qumeiwan@163.com |
| 145 | Ledander Co.ltd | xuanzsihang@163.com |
| 146 | Life enthusiasts | minggoods888@163.com |
| 149 | liushoutaoshoubao | lihsfm@163.com |
| 150 | LOJKER | restrakep@163.com |
| 151 | LOSTYE | coverdrap@126.com |
| 152 | Minggoods Supply | lusangbs97775@163.com |
| 153 | MINGS | dgswuxuangs@163.com |
| 160 | phospheye | whyr101@163.com |
| 161 | Piklothy | tanfuyong984@126.com |
| 164 | QIEhedxw | wurcsxs@163.com |
| 165 | QYXinue | dwelajam3t@outlook.com |
| 166 | RFQWOVSR Clothing | nuegds@126.com |
| 168 | Selected high-quality products | rotmanjaxen499@hotmail.com |
| 169 | shenzhenshidingyichengkeji | gwwwwyou@126.com |
| 183 | WULANLA | rulewangluokeji@163.com |
| 187 | xiqikeji | 1835153994@qq.com |
| 190 | YaChu | wfjiafenghu2024@outlook.com |
| 191 | YaoFengYing12 | liming1890@126.com |
| 193 | YHETTY | rongoushanxukang@outlook.com |
| 196 | Yoland | egt7xy2bu5l7v0@outlook.com |

| | | |
|---|---|---|
| 197 | Yong shop | m1x51364ruyf@outlook.com |
| 201 | YUANCHENG Shop | zhibinfushiyoux@163.com |
| 204 | ZCWAshop | zhangyongyong806@163.com |
| 205 | zhengyizhi | sitangshaohoh33@163.com |
| 206 | ZXRJKJ | qmyk16@163.com |
| 209 | brolawn | linsong011ebay@163.com |
| 211 | cheers2016 | liujunxiang2016@outlook.com |
| 213 | digital-mart8 | digital.mart668@gmail.com |
| 217 | ibelieve2019 | ibelieve@yihosin.com |
| 220 | jingdizhiwa | jingdizhiwa2022@163.com |
| 224 | kevianwnem | kevianwnemoygyvi@hotmail.com |
| 225 | sterking | u7fevsd@163.com |
| 228 | maypasaw | maypasawmtcp@hotmail.com |
| 232 | orgseks | orgseks@outlook.com |
| 236 | shengenmk2022 | shengenmk@hotmail.com |
| 237 | shizhenh-71 | shizhenhuaweng634@outlook.com |
| 238 | soaldta | zibendsaomiaofen@outlook.com |
| 240 | vs2019 | 2239515063@qq.com |
| 243 | zhenzhunaicha | zhenzhunaicha2025@163.com |
| 244 | ztau | zt2022_au@126.com |
| 246 | Anteen | rickey-zheng@foxmail.com |
| 247 | Canman House | dnssee@aliyun.com |
| 251 | Feel Home Lighting Lamps | 1347477655@qq.com |
| 258 | iF YOU Underwear | support@liuyanglamps.com |
| 263 | LMLB Lamp shop | 15658911765@163.com |
| 264 | Longxiang Daily | 957478235@qq.com |
| 266 | PPrestigeMart | 1272828806@qq.com |
| 267 | Serwa | 1272828806@qq.com |
| 269 | the biblical Song of Solomon | 1836059286@qq.com |
| 271 | xingxing Happy Home | z1016785506@163.com |