IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEI & CHRIS LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | Case No. 24-cv-12680<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeannice W. Appenteng** |

## ENTRY OF DEFAULT AS TO CERTAIN DEFENDANTS

This action has been commenced by Plaintiff KEI & CHRIS LLC ("Plaintiff") against the fully interactive, e-commerce store operating under the seller aliases identified on Schedule A attached to the Complaint [1] (the "Seller Aliases"), and Plaintiff having moved for entry of Default against the defendants identified on Exhibit attached hereto (collectively, "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

1

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

For the foregoing reason, Plaintiff's motion for entry of default is GRANTED. The Clerk shall enter default against the Defaulting Defendants on Exhibit 1. If Plaintff seeks to file a motion for default judgment, it must do so witnin 45 days of the Clerk's entry of default.

**IT IS SO ORDERED.**                                     **ENTERED: March 12, 2025**

                                                                  _____

                                                                  Jorge L. Alonso

                                                                  United States District Judge

# Exhibit 1

| Number | Name |
|---|---|
| 1 | Aceliky |
| 2 | ADFUNIT |
| 4 | Allblue Trading |
| 6 | Arleland |
| 7 | BANGRENSH |
| 10 | Buyiteme |
| 11 | ChongShengShuiChan Store |
| 13 | DCQRY |
| 14 | DUDUDU&X |
| 15 | DULRLLY |
| 16 | elesimple |
| 17 | FOLOU |
| 18 | FQQWEE |
| 22 | HOINCOXI |
| 23 | HSSW |
| 26 | Jack Hong |
| 30 | jianghedeshui |
| 31 | JINANHUIHEDIANZISHANGWUYOUXIANGONGSI |
| 35 | JYSwoshoe 7-15Days Arrive |
| 38 | lijiaoshangmao |
| 39 | lishiyisheng |
| 40 | LIYJTK Direct |
| 41 | LuckyJune |
| 44 | Maodoudou |
| 46 | ningmenghua |
| 47 | Nxazony |
| 51 | PRTECY |
| 55 | ranqichen |
| 57 | RUILEBaiHuoEnShiShiYouXianGongSi |
| 63 | Sinifer |
| 65 | songshuguozi |
| 67 | THJKT-STORE |
| 69 | Tiljvks-Cyber Monday Sale Clearance 2024 |
| 70 | TSYFM Store |
| 72 | weisuper |
| 73 | WYINGZHEN |
| 78 | yingzizi |
| 81 | YUNANNN |
| 83 | Zhengzhou Aihe Shuo trading Co., LTD |
| 85 | ⭐❤⭐ Swrowesi ⭐❤⭐ 2024 PRIME DAY —75% OFF |

| | |
|---|---|
| 86 | 部坊商贸 |
| 87 | 晋中市榆次区顺鑫美乐日用百货店 |
| 88 | 太原市小店区丛漫日用百货 |
| 89 | 郑州宁葵商贸 |
| 90 | 33uoii |
| 91 | ADE Lighting |
| 92 | Aippl |
| 95 | Autumn garden Co.ltd |
| 100 | Boyong |
| 101 | Cibee |
| 105 | Dianopex |
| 106 | DIY Product Warehouse |
| 107 | Dosaele Co., Ltd |
| 108 | DssFDGR |
| 110 | EIGTHTAIL |
| 111 | EV&VA |
| 112 | Favorite Garden |
| 113 | fengyuewenhua |
| 114 | fixedach |
| 116 | foshanshijiaoshanjianshangmao |
| 121 | GARENAS |
| 123 | GLNaiStore LLC |
| 124 | Guangzhouqihengzumaoyiyouxiangongsi |
| 125 | guangzhouruixinyikejiyouxiangongsi |
| 126 | guangzhouzhichangyumaoyiyouxiangongsi |
| 128 | hangzhouyiluxiangbeishangmao |
| 132 | hongshengdazhinengkeji |
| 133 | hongzhidengshi |
| 134 | Huangjiacheng |
| 137 | IKDXUF |
| 138 | indepenlibr |
| 140 | JENIKRCloth |
| 141 | KEINXS Co., Ltd |
| 145 | Ledander Co.ltd |
| 146 | Life enthusiasts |
| 149 | liushoutaoshoubao |
| 150 | LOJKER |
| 151 | LOSTYE |
| 152 | Minggoods Supply |
| 153 | MINGS |
| 157 | Oneshrt sales promotion |
| 160 | phospheye |
| 161 | Piklothy |
| 164 | QIEhedxw |

| | |
|---|---|
| 165 | QYXinue |
| 166 | RFQWOVSR Clothing |
| 168 | Selected high-quality products |
| 169 | shenzhenshidingyichengkeji |
| 171 | SNOWKITTEN |
| 173 | SXZUS Official |
| 176 | Tongde Co.ltd |
| 180 | TYHanue |
| 183 | WULANLA |
| 187 | xiqikeji |
| 190 | YaChu |
| 191 | YaoFengYing12 |
| 193 | YHETTY |
| 194 | Ynagje |
| 196 | Yoland |
| 197 | Yong shop |
| 201 | YUANCHENG Shop |
| 204 | ZCWAshop |
| 205 | zhengyizhi |
| 206 | ZXRJKJ |
| 209 | brolawn |
| 211 | cheers2016 |
| 212 | corepartsretail |
| 213 | digital-mart8 |
| 216 | flygoodly |
| 217 | ibelieve2019 |
| 219 | jah_mayst |
| 220 | jingdizhiwa |
| 221 | jinla-43 |
| 222 | johnsonstore2020 |
| 224 | kevianwnem |
| 225 | sterking |
| 226 | lawnpartspro |
| 228 | maypasaw |
| 229 | miraclesale888 |
| 232 | orgseks |
| 233 | procarbstore |
| 236 | shengenmk2022 |
| 237 | shizhenh-71 |
| 238 | soaldta |
| 240 | vs2019 |
| 242 | zengyun_26 |
| 243 | zhenzhunaicha |
| 244 | ztau |

| 246 | Anteen |
| --- | --- |
| 247 | Canman House |
| 249 | EOX XG |
| 251 | Feel Home Lighting Lamps |
| 257 | HCH local |
| 258 | iF YOU Underwear |
| 259 | Jahy |
| 260 | JahyTech |
| 261 | JINGZAI |
| 263 | LMLB Lamp shop |
| 264 | Longxiang Daily |
| 265 | OMSSHOP |
| 266 | PPrestigeMart |
| 267 | Serwa |
| 269 | the biblical Song of Solomon |
| 271 | xingxing Happy Home |