## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

KEI & CHRIS LLC

                        Plaintiff,

v.                                                     Case No.: 1:24−cv−12680
                                                              Honorable Jorge L. Alonso

Alfresco Living, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. Defendant Nicedaily's Motion to modify asset restraint [72] is denied as moot as the parties have reached an agreement. Plaintiff's Motion for default judgment [74] is granted as to the non appearing Defendants. Enter Default Judgment Order. Defendant Nicedaily's Motion to dismiss [79] is entered and continued. Status hearing remains set for 4/17/25 at 9:30 a.m. The parties are directed to file a joint status report 3 days before the next hearing. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 650−479−3207 and the access code is 1804010308. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.