1IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEI & CHRIS LLC,<br><br>  Plaintiff,<br>v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>  Defendants. | Case No. 24-cv-12680<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeannice W. Appenteng** |

## DEFAULT JUDGMENT ORDER

This action has been commenced by Plaintiff KEI & CHRIS LLC ("Plaintiff") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction against Defaulting Defendants; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections.

On March 12, 2025, this Court has entered an entry of Default against certain defendants, among which the present Defaulting Defendants are included.

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted.

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants has infringed Plaintiff's copyrighted design registered under U.S. Copyright Registration No. VA 2-408-186 and VA 2-408-545 ("Copyrighted Design") and targeted them to residents of Illinois;

This Court further finds that Defaulting Defendants are liable for willful copyright infringement (17 U.S.C. §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default, and that this Default Judgment will be entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using Plaintiff's Copyrighted Design or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that not authorized by Plaintiff to be sold in connection with the Copyrighted Design;

      b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Copyrighted Design in any manner without the express authorization of Plaintiff;

      c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

      d. further infringing the Copyrighted Design and damaging Plaintiff's goodwill; and

      e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's Copyrighted Design.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), Amazon.com, Inc. ("Amazon"), Walmart Inc. ("Walmart"), WhaleCo, Inc. ("Temu"), (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods bear the Copyrighted Design.

3. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Copyrighted Design.

4. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, DHgate, Temu, TikTok, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, AliExpress, Wish.com, Ant Financial Services Group ("Ant Financial"), Walmart, Etsy, DHgate, Temu, TikTok, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants' Seller Aliases or the Online Marketplaces from transferring or disposing of any funds (up to the statutory damages awarded in Paragraphs 3 above) or other of Defaulting Defendants' assets.

6. All money (up to the amount of the statutory damages awarded in Paragraphs above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, AliExpress, Wish.com, Ant Financial, Walmart, Etsy, DHgate, Temu, TikTok, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, AliExpress, Wish.com, Ant Financial, Walmart, Etsy, DHgate, Temu, TikTok, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party

       Providers in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, Temu, TikTok, and Amazon Pay, shall within seven (7) calendar days:

          a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defaulting Defendants by third parties;

          b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

          c. release all money, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts to Plaintiff's as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplace accounts, domain names, or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

9. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Default Judgment.

Dated: April 3, 2025



Jorge L. Alonso

United States District Judge

The list of Defaulting Defendants is shown below:

| Number | Defendant |
| --- | --- |
| 2 | ADFUNIT |
| 7 | BANGRENSH |
| 10 | Buyiteme |
| 11 | ChongShengShuiChan Store |
| 14 | DUDUDU&X |
| 15 | DULRLLY |
| 23 | HSSW |
| 26 | Jack Hong |
| 31 | JINANHUIHEDIANZISHANGWUYOUXIANGONGSI |
| 38 | lijiaoshangmao |
| 39 | lishiyisheng |
| 41 | LuckyJune |
| 44 | Maodoudou |
| 47 | Nxazony |
| 55 | ranqichen |
| 57 | RUILEBaiHuoEnShiShiYouXianGongSi |
| 63 | Sinifer |
| 65 | songshuguozi |
| 67 | THJKT-STORE |
| 69 | Tiljvks-Cyber Monday Sale Clearance 2024 |
| 72 | weisuper |
| 73 | WYINGZHEN |
| 78 | yingzizi |
| 81 | YUNANNN |
| 83 | Zhengzhou Aihe Shuo trading Co., LTD |
| 85 | ⭐❤⭐ Swrowesi ⭐❤⭐2024 PRIME DAY 一75% OFF |
| 86 | 部坊商贸 |

6

| | |
|---|---|
| 87 | 晋中市榆次区顺鑫美乐日用百货店 |
| 88 | 太原市小店区丛漫日用百货 |
| 89 | 郑州宁葵商贸 |
| 91 | ADE Lighting |
| 92 | Aippl |
| 100 | Boyong |
| 101 | Cibee |
| 105 | Dianopex |
| 106 | DIY Product Warehouse |
| 107 | Dosaele Co., Ltd |
| 108 | DssFDGR |
| 110 | EIGTHTAIL |
| 111 | EV&VA |
| 112 | Favorite Garden |
| 113 | fengyuewenhua |
| 114 | fixedach |
| 116 | foshanshijiaoshanjianshangmao |
| 123 | GLNaiStore LLC |
| 124 | Guangzhouqihengzumaoyiyouxiangongsi |
| 125 | guangzhouruixinyikejiyouxiangongsi |
| 126 | guangzhouzhichangyumaoyiyouxiangongsi |
| 128 | hangzhouyiluxiangbeishangmao |
| 132 | hongshengdazhinengkeji |
| 133 | hongzhidengshi |
| 134 | Huangjiacheng |
| 137 | IKDXUF |
| 138 | indepenlibr |
| 141 | KEINXS Co., Ltd |
| 145 | Ledander Co.ltd |
| 146 | Life enthusiasts |
| 149 | liushoutaoshoubao |
| 150 | LOJKER |
| 151 | LOSTYE |
| 152 | Minggoods Supply |
| 153 | MINGS |
| 160 | phospheye |
| 161 | Piklothy |
| 164 | QIEhedxw |
| 165 | QYXinue |
| 166 | RFQWOVSR Clothing |

| | |
|---|---|
| 168 | Selected high-quality products |
| 169 | shenzhenshidingyichengkeji |
| 183 | WULANLA |
| 187 | xiqikeji |
| 190 | YaChu |
| 191 | YaoFengYing12 |
| 193 | YHETTY |
| 196 | Yoland |
| 197 | Yong shop |
| 201 | YUANCHENG Shop |
| 204 | ZCWAshop |
| 205 | zhengyizhi |
| 206 | ZXRJKJ |
| 209 | brolawn |
| 211 | cheers2016 |
| 213 | digital-mart8 |
| 217 | ibelieve2019 |
| 220 | jingdizhiwa |
| 224 | kevianwnem |
| 225 | sterking |
| 228 | maypasaw |
| 232 | orgseks |
| 236 | shengenmk2022 |
| 237 | shizhenh-71 |
| 238 | soaldta |
| 240 | vs2019 |
| 243 | zhenzhunaicha |
| 244 | ztau |
| 246 | Anteen |
| 247 | Canman House |
| 251 | Feel Home Lighting Lamps |
| 258 | iF YOU Underwear |
| 263 | LMLB Lamp shop |
| 264 | Longxiang Daily |
| 266 | PPrestigeMart |
| 267 | Serwa |
| 269 | the biblical Song of Solomon |
| 271 | xingxing Happy Home |

Dated: March 27, 2025

                                                Respectfully submitted
                                                By: /s/ *Huicheng Zhou*
                                                One Park Plaza, #600
                                                Irvine, CA 92614
                                                Huicheng.zhou@aliothlaw.com
                                                *Attorney for Plaintiff*