IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEI & CHRIS LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | Case No. 1:24-cv-12680<br><br>Judge: Jorge L. Alonso |

**AGREED ASSET RESTRAINT ORDER AS TO DEFENDANT NO. 96**

On January 7, 2025, this Court entered a Temporary Restrained Order ("TRO") [14] against the Defendants identified on Schedule A, including defendant Nicedaily (Def. No. 45) ("Defendant"). The TRO [14] was subsequently converted to a Preliminary Injunction on February 18, 2025. [38]. The TRO [14] included a provision to restrain funds in Defendant's linked financial accounts, including funds held by Amazon.

IT IS HEREBY ORDERED that Amazon shall continue to restrain TWELVE THOUSAND DOLLARS ($12,000.00) of funds in Defendant's financial account until final disposition of this case. Upon service of a copy of this Order, Amazon shall lift any monetary restraints related to this Lawsuit on the Amazon accounts of Defendants, except for the $12,000.00 restraint of funds in Defendant's financial account.

Defendant shall not use the restrained funds to pay for any incurred charges or expenses, including but not limited to Amazon seller fees, shipping fees and chargebacks. Plaintiff's counsel shall serve a copy of this Order on Amazon within one (1) business day of its entry by the Court.

IT IS SO ORDERED.

Date: April 8, 2025

_____
Jorge L. Alonso
United States District Judge