


IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Kei & Chris LLC<br><br>v.<br>Plaintiff,<br><br>KEINXS Co., Ltd<br><br>Dosaele Co., Ltd<br><br>EIGTHTAIL<br><br>Defendant. | Case No.24cv12680<br><br>Judge Jorge L. Alonso |

## MOTION TO VACATE DEFAULT JUDGMENT

      I'm Haixia Yu, the owner of these three Amazon stores(KEINXS Co., Ltd, Dosaele Co., Ltd, and EIGTHTAIL), appearing pro se, respectfully moves this Court to vacate default judgment on April 3, 2025, pursuant to Federal Rule of Civil Procedure 55(c). In support of this motion, Defendant states as follows:

1. I am not an attorney and am representing myself in this matter.While I previously retained counsel and was attempting to resolve this matter with the plaintiff and believed a settlement could be reached, my current financial circumstances no longer permit me to maintain legal representation.

2.During the process of negotiation, the plaintiff initially proposed a settlement of $3,000, which they insisted upon. While I made several counteroffers, we were unable to reach an agreement. To resolve this efficiently, I ultimately agreed to the original $3,000 offer. However, the plaintiff increased their demand to $6,000 and ceased further communication. While I recognize their right to counteroffer, such a significant increase during negotiations contradicts the spirit of good-faith settlement discussions and ultimately prevented reaching the agreement.

3.I believes it has a meritorious defense to Plaintiff's allegations and seeks the opportunity to properly respond.I can show good cause for vacate default judgment because I did not act in bad faith or in conscious disregard for the Court; that I acted

quickly and have caused no prejudice to Plaintiff and that it has a meritorious defense to Plaintiff's allegations.

4. Plaintiff will not be prejudiced if the default is set aside at this early stage of litigation.

    WHEREFORE, Defendant respectfully requests that the Court grant this motion to vacate default judgment on April 3, 2025, and grant Defendant leave to file an answer to the Complaint.

Dated: May 8, 2025                                          Respectfully submitted,

                                                                          于海霞

                                                                     Haixia Yu
                                                        Pro Se Defendant
                             Email: keyixingsheng@163.com