BC

FILED 5/9/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
TDD

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Kei & Chris LLC<br><br>    v.<br>    Plaintiff,<br><br>KEINXS Co., Ltd<br>Dosaele Co., Ltd<br>EIGTHTAIL<br>    Defendant. | Case No.24cv12680<br><br>Judge Jorge L. Alonso |

## DECLARATION OF HAIXIA YU

Haixia Yu, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my knowledge, information, and belief:

1. I am the owner of the three Amazon stores named as Defendants in this action: KEINXS Co., Ltd, Dosaele Co., Ltd, and EIGTHTAIL. I am over the age of 18 and competent to make this declaration.

2. I am not an attorney but am representing myself pro se in this matter. I understand the responsibilities of self-representation, including adherence to court rules and deadlines. While I initially retained counsel, I could no longer afford legal representation due to financial constraints. My decision to proceed pro se is made in good faith and not to delay these proceedings.

3. I actively participated in settlement negotiations with the Plaintiff, including responding to their initial demand of $3,000 and attempting to negotiate in good faith. The Plaintiff's sudden increase of their demand to $6,000 and refusal to communicate further hindered resolution. At no time did I intentionally disregard this Court's orders or act in bad faith.

4. I firmly believe the Defendants have valid legal and factual defenses to the Plaintiff's claims, which I am prepared to present to the Court if the default judgment is vacated.

5. I filed this motion promptly upon learning of the default judgment. Granting this motion will not prejudice the Plaintiff, as no substantive litigation (e.g., discovery, hearings) has occurred.

6. I understand that false statements in this declaration may result in penalties under 18 U.S.C. § 1621 (perjury). I affirm the accuracy of the facts stated herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 8, 2025

_____
Haixia Yu
Pro Se Defendant
Email: keyixingsheng@163.com