# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEI & CHRIS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 24-cv-12680<br><br>**Judge: Jorge L. Alonso** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kei & Chris LLC hereby dismisses this action as to the following Defendant:

| **Defendant Name** | **Number** |
|---|---|
| nicedaily | 45 |

Dated May 16, 2025.

    Respectfully submitted

    By: /s/ Huicheng Zhou
    Huicheng Zhou, Esq
    One Park Plaza, #600
    Irvine, CA 92614
    Huicheng.zhou@aliothlaw.com
    *Attorney for Plaintiff*